IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY E. RESCIGNO | : | Case No. 2:09-cv-0156 |
| Plaintiff, | : | Judge Sargus |
| v. | : | Magistrate Judge Kemp |
| BETHEL ROAD OPEN MRI, INC., et al., | : | |
| Defendants. | : | |

## ORDER OF REMAND TO STATE COURT

It is hereby ordered, adjudged, and decreed for the reasons set forth in Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, for reasons set forth in Plaintiff's Memorandum in Response, and for good cause shown, the Court hereby orders that Plaintiff's FMLA claim (Count I of Plaintiff's Complaint) be DISMISSED WITH PREJUDICE. Because the Court disposes of Plaintiff's sole federal claim by this Order, the Court declines to exercise supplemental jurisdiction over her state law claims pursuant to 28 U.S.C. § 1367(c)(3). With agreement of the parties, the Court exercises its discretion to REMAND this case to the Court of Common Pleas Franklin County, Ohio for disposition of all other claims.

**IT IS SO ORDERED.**

7-17-2009

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE